1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Christopher A Seabock, Esq., SBN 279640
Sarah Anastasi, Esq., SBN 322091
Prathima Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Prathimap@potterhandy.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Scott Johnson,** | Case No.: 3:22-cv-00701-WHA |
| Plaintiff, | |
| v. | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| **AJ's Cafe Inc**, a California Corporation, | |
| Defendant. | Complaint Filed:   February 2, 2022<br>Trial Date:   N/A |

On February 11, 2022 this Court ordered that the parties submit a Case Management Statement by August 25, 2022 in preparation for the September 1, 2022 Case Management Conference.

Plaintiff, Scott Johnson, through his Attorneys of Record, hereby applies to the Court for an order continuing the Case Management Conference set for hearing on September 1, 2022 at 11:00 a.m. The grounds for this request is that default has been entered against Defendant AJ's Cafe Inc. on May 17, 2022 (*Docket 15*) as they have not yet appeared and/or answered the Complaint. Plaintiff intends to seek default judgment against Defendant AJ's Cafe Inc.

-1-

-2-

1    Plaintiff requests that the court vacate or continue the currently scheduled dates

2  for 30 days.

3

4

5  Dated: August 23, 2022                    CENTER FOR DISABILITY ACCESS

6

7

8                                            By:   */s/Prathima Price*

9                                            Prathima Price

10                                           Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request to Continue Case Management Conference                    3:22-cv-00701-WHA